IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**LYDIA BLACKMON and TIFFANY BLACKMON**                              **PLAINTIFFS**

**VS.**                                                       **CIVIL ACTION NO. 3:05CV91LS**

**CARROLL COUNTY SHERIFF'S DEPARTMENT**
**AND MICHAEL SPELLMAN, Individually**                              **DEFENDANTS**

## ORDER

This matter came before the court on the Defendants' Motion to Compel Initial Disclosure, their Motion to Compel Response to Discovery, and their Motion to Compel Initial Disclosure and Response to Discovery. The Plaintiffs have responded to the first Motion by asserting that current counsel was unaware that the initial disclosures had not been made, and they have subsequently been served. The Defendants have submitted no rebuttal argument to the contrary; therefore, that Motion will be denied as moot. However, there has been no response to other Motions, and they will be granted as confessed, insofar as they request responses to discovery requests.

IT IS, THEREFORE, ORDERED, that the Defendants' Motion to Compel Initial Disclosure is hereby **denied** as moot.

IT IS FURTHER ORDERED that the Defendants' Motion to Compel Response to Discovery is hereby **granted** as confessed, and their Motion to Compel Initial Disclosure and Resposne to Discovery is also **granted** as confessed, insofar as it requests responses to discovery requests. Plaintiffs shall serve responses to the discovery requests at issue on or before March 14, 2006.

IT IS SO ORDERED, this the 27th day of February, 2006.

S/James C. Sumner
UNITED STATES MAGISTRATE JUDGE