**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**LYDIA BLACKMON AND**
**TIFFANY BLACKMON**                                          **PLAINTIFFS**

**V.**                                  **CIVIL ACTION NO.:3:05CV91TSL-AGN**

**CARROLL COUNTY SHERIFF'S**
**DEPARTMENT AND**
**MICHAEL SPELLMAN, INDIVIDUALLY**                    **DEFENDANTS**

---

### FINAL JUDGMENT OF DISMISSAL

---

This matter came before the court on the Defendant Carroll County Sheriff Department's Motion for Summary Judgment.  The Plaintiffs have no opposition to the motion; therefore, the motion will be granted as confessed.

IT IS THEREFORE, ORDERED that the Defendant's Motion for Summary Judgment is hereby granted.

IT IS, FURTHER ORDERED that this cause be, and the same is hereby dismissed with prejudice as to any and all claims by the Plaintiffs, Lydia Blackmon and Tiffany Blackmon, against Defendant, Carroll County Sheriff's Department, with each party to bear their own costs.

IT IS, FURTHER, ORDERED AND ADJUDGED that, pursuant to Rule 54(b) of the *Federal Rules of Civil Procedure*, there is no just reason for delay in entering this final judgment in this cause.

IT IS SO ORDERED, this the 2ND of May 2006.

/s/ Tom S. Lee_____
DISTRICT COURT JUDGE

Agreed to by:

_/s/_Felecia Perkins_____
FELECIA PERKINS, ESQ.
Mississippi Bar Number, 10078
**LAW OFFICE OF FELECIA PERKINS, P.A.**
P.O. Box 21
Jackson, Mississippi 39205-0021

**LYDIA ROBERTA BLACKMON, ESQ.**
P.O. Box 505
Lexington, Mississippi 39121
Phone: 662-834-0068
Office: (601) 352-5053
*Counsel for Plaintiffs*

_/s/_Michael J. Wolf_____
MICHAEL J. WOLF
Mississippi Bar Number 99406
P.O. Box 1163
Jackson, Mississippi 39215
*Counsel for Defendant*